WILLIAMS C. BEVINS AND OLIVER P. EARLE, SURVIVING PARTNERS
OF THE FIRM OF BEVINS, EARLE, & CO., WHO SUE FOR THE USE
OF OLIVER P. EARLE, APPELLANTS, v. WILLIAM B. A. RAMSEY,
ROBERT CRAIGHEAD, JAMES P. N. CRAIGHEAD, THOMAS W. HUMES,
AND JAMES McMILLAN, ADMINISTRATOR OF ANDREW McMILLAN,
DECEASED.

Where a case is brought up by an appeal from a judgment on the common law side
of the Circuit Court, instead of by a writ of error, it must be dismissed.

### Order.

THIS cause came on to be heard on the transcript of the rec-
ord from the Circuit Court of the United States for the District
of East Tennessee. And it appearing to the court that this case
is brought up by an appeal from a judgment on the common
law side of the Circuit Court, instead of by a writ of error, it
is ordered, adjudged, and decreed by this court, that this cause
be, and the same is hereby, dismissed, with costs.